IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUMP MEDIA & TECHNOLOGY GROUP CORP., | ) ) ) | |
| Plaintiff, | ) ) | Case Number: |
| v. | ) ) ) | Judge: |
| WP COMPANY LLC D/B/A THE WASHINGTON POST, | ) ) ) | Magistrate Judge: |
| Defendant. | ) ) | |
| In re Subpoena Issued to: | ) ) ) | |
| PHILIP S. BREWSTER, ESQ., | ) ) ) | |
| Movant. | ) ) ) | |

## MOTION TO QUASH SUBPOENA OF NON-PARTY PHIL BREWSTER

Non-party attorney Phil Brewster ("Brewster") respectfully moves the Court pursuant Rule 45 of the Federal Rules of Civil Procedure for entry of an order quashing Plaintiff's subpoena demanding attorney Brewster sit for a deposition. The Court should quash the subpoena because it is untimely. Further, the Court should quash the subpoena because it inherently requires attorney Brewster disclose privileged information, places an undue burden upon him and is otherwise highly duplicative. Alternatively, attorney Brewster seeks an order limiting the scope of any deposition as set forth in the accompanying Memorandum of Law. This Court is also requested to grant reasonable attorney's fees and costs incurred in quashing this untimely subpoena or, in the alternative, its modification.

Attorney Brewster conferred with Plaintiff's counsel pursuant to Local Rule 37.2 as described in the accompanying Memorandum of Law.

This the 2nd day of March, 2026.

**BREWSTER LAW FIRM LLC**

By: /s/ Philip S. Brewster

Philip S. Brewster, Esq.
ARDC No. 6285810
Brewster Law Firm LLC
560 Green Bay Road, Suite 402
Winnetka, Illinois 60093
philip.brewster@brewsteradvisory.com
(847) 386-6514
Counsel for Non-Party Phil Brewster

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing MOTION TO QUASH SUBPOENA OF NON-PARTY PHIL BREWSTER with the Clerk of Court using the CM/ECF system and will send a copy to all counsel by electronic mail as follows:

Alejandro Brito
Jalaine Garcia
Ian Michael Corp
Brito, PLLC
2121 Ponce de Leon Boulevard, Suite 650
Miami, FL 33134
abrito@britopllc.com
jgarcia@britopllc.com
icorp@britopllc.com
Counsel for Plaintiff

Carol Jean LoCicero
Linda R. Norbut
Thomas & LoCicero PL
601 South Boulevard
Tampa, FL 33606
clocicero@tlolawfirm.com
lnorbut@tlolawfirm.com
Counsel for Defendant

Thomas G. Hentoff
Nicholas G. Gamse
Isabelle J. Beaton
Williams & Connolly LLP
680 Maine Avenue, S.W.
Washington, DC 20024
thentoff@wc.com
ngamse@wc.com
ibeaton@wc.com
Counsel for Defendant

This the 2nd day of March, 2026.

                                                       **BREWSTER LAW FIRM LLC**

                                                       By:/s/ Philip S. Brewster

                                                       Philip S. Brewster, Esq.
                                                       ARDC No. 6285810
                                                       Brewster Law Firm LLC
                                                       560 Green Bay Road, Suite 402
                                                       Winnetka, Illinois 60093
                                                       philip.brewster@brewsteradvisory.com
                                                       (847) 386-6514
                                                       Counsel for Non-Party Phil Brewster