IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUMP MEDIA & TECHNOLOGY GROUP CORP., | ) ) ) | Case Number: 1:26-cv-02317 |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Judge: The Honorable Edmond E. Chang |
| WP COMPANY LLC D/B/A THE WASHINGTON POST, | ) ) ) | Magistrate Judge: The Honorable Keri L. Holleb Hotaling |
| Defendant. | ) ) | |
| In re Subpoena Issued to: | ) ) ) | |
| PHILIP S. BREWSTER, ESQ., | ) ) | |
| Movant. | ) ) ) | |

**CONTESTED**
**AMENDED MOTION TO QUASH SUBPOENA OF NON-PARTY PHIL BREWSTER**

Non-party attorney Phil Brewster ("Brewster") respectfully moves the Court pursuant Rule 45 of the Federal Rules of Civil Procedure for entry of an order quashing Plaintiff's subpoena demanding attorney Brewster sit for a deposition. The Court should quash the subpoena because Plaintiff fails to meet its burden to depose opposing counsel who is actively litigating against Plaintiff. Alternatively, attorney Brewster seeks an order limiting the scope of any deposition and holding such deposition in abeyance until all discovery is completed as further set forth in the accompanying amended Memorandum of Law. This Court is also requested to grant reasonable attorney's fees and costs incurred in quashing this subpoena or, in the alternative, its modification.

Attorney Brewster conferred with Plaintiff's counsel pursuant to Local Rule 37.2 as described in the accompanying amended Memorandum of Law.

This the 3rd day of March, 2026.

**BREWSTER LAW FIRM LLC**

By: <u>/s/ Philip S. Brewster</u>

Philip S. Brewster, Esq.
ARDC No. 6285810
Brewster Law Firm LLC
560 Green Bay Road, Suite 402
Winnetka, Illinois 60093
philip.brewster@brewsteradvisory.com
(847) 386-6514
Counsel for Non-Party Phil Brewster

CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing AMENDED MOTION TO QUASH SUBPOENA OF NON-PARTY PHIL BREWSTER with the Clerk of Court using the CM/ECF system and will send a copy to all counsel by electronic mail as follows:

Alejandro Brito
Jalaine Garcia
Ian Michael Corp
Brito, PLLC
2121 Ponce de Leon Boulevard, Suite 650
Miami, FL 33134
abrito@britopllc.com
jgarcia@britopllc.com
icorp@britopllc.com
Counsel for Plaintiff

Carol Jean LoCicero
Linda R. Norbut
Thomas & LoCicero PL
601 South Boulevard
Tampa, FL 33606
clocicero@tlolawfirm.com
lnorbut@tlolawfirm.com
Counsel for Defendant

Thomas G. Hentoff
Nicholas G. Gamse
Isabelle J. Beaton
Williams & Connolly LLP
680 Maine Avenue, S.W.
Washington, DC 20024
thentoff@wc.com
ngamse@wc.com
ibeaton@wc.com
Counsel for Defendant

This the 3rd day of March, 2026.

                                  **BREWSTER LAW FIRM LLC**

                                  By:/s/ Philip S. Brewster

                                  Philip S. Brewster, Esq.
                                  ARDC No. 6285810
                                  Brewster Law Firm LLC
                                  560 Green Bay Road, Suite 402
                                  Winnetka, Illinois 60093
                                  philip.brewster@brewsteradvisory.com
                                  (847) 386-6514
                                  Counsel for Non-Party Phil Brewster